Certificate Number: 06531-NJ-DE-040489102

Bankruptcy Case Number: 22-17890



06531-NJ-DE-040489102

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 8, 2026</u>, at <u>10:53</u> o'clock <u>PM CST</u>, <u>Ethlena Salter</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 8, 2026</u>                By:   <u>/s/Deyanira Reyes</u>

                                                Name:  <u>Deyanira Reyes</u>

                                                Title:   <u>Certified Credit Counselor</u>