**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**IN RE:**

**ETHLENA SALTER,**

**Case No.:  22-17890 MEH**

**Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $247.10, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    CITY OF ORANGE - WATER DEPARTMENT
                         CITY HALL 29 N. DAY STREET
                         ORANGE, NJ  07050

Amount:             $247.10

Trustee Claim Number:    64

Court Claim Number:      10

Reason:              Not Cashing

                                        By:  /S/  Marie-Ann Greenberg
Dated:  March 16, 2026                       MARIE-ANN GREENBERG
                                             CHAPTER 13 STANDING TRUSTEE