**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ethlena Salter | Social Security number or ITIN   xxx−xx−3665 |
| | First Name    Middle Name    Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:  22−17890−MEH | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ethlena Salter

4/8/26

**By the court:** Mark Edward Hall
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                     **Chapter 13 Discharge**                     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 22-17890-MEH |
|---|---|
| Ethlena Salter | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: 3180W | Total Noticed: 76 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ethlena Salter, 479 Vernon Place, Orange, NJ 07050-1713 |
| aty | + | Melvin A Jacobs, 80 Main Street, Suite 300, West Orange, NJ 07052-5439 |
| 519729034 | + | 1st 2nd Mortgage Co Nj, 50 Spring St, Cresskill, NJ 07626-2106 |
| 519766813 | + | AT&T Mobility c/o, Credence, 4222 Trinity Mills, Suite 260, Dallas, TX 75287-7666 |
| 519766814 | | AT&T Mobility c/o, AFNI, 1310 Martin Luther King Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 519729035 | + | AmGuard Insurance Company, PO Box A-H, 16 S. River Street, Wilkes Barre, PA 18702-2406 |
| 519729039 | + | Baxter Financial, c/o Fein, Such, Kahn & Sheappard PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519729038 | # | Baxter Financial, 1200 North Federal Highway, Suite 424, Boca Raton, FL 33432-2847 |
| 519784341 | + | Berkshire Hathaway GUARD Insurance Company, P.O. Box AH, Wikes-Barre, PA 18703-0020 |
| 520194501 | + | City Hall, 29 N. Day Street, Orange, NJ 07050-3691 |
| 519766815 | + | City of Orange, Water/Sewer Dept., 29 No. Day Street, Orange, NJ 07050-3608 |
| 520975724 | + | City of Orange - Water Department, City Hall 29 N. Day Street, Orange, NJ 07050-3608 |
| 519766816 | + | City of Orange Township c/o SUEZ PA, 8189 Adams Drive, Hummelstown, PA 17036-8625 |
| 519729046 | + | Comcast c/o, Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Parkway, Round Rock, TX 78681-8004 |
| 519729056 | + | Fareeza Kahn, 344 Cortlandt Street, Belleville, NJ 07109-3202 |
| 519729063 | + | Guardian, PO Box 14332, Lexington, KY 40512-4332 |
| 519729064 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 519766817 | | Hackensack Meridian Health, Mountainside Medical Center, PO Box 841169, Dallas, TX 75284-1119 |
| 519729068 | + | Montclair Hospital LLC, 1 Bay Avenue, Montclair, NJ 07042-4837 |
| 519729067 | + | Montclair Hospital c/o, CMRE Financial Services, Attn: Bankruptcy, 3075 E. Imperial Highway, Suite 200, Brea, CA 92821-6753 |
| 519729069 | + | New Jersery Turnpike Authority, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 519729077 | | PSE&G, Credit and Collections, 24 Brown Avenue, New Brunswick, NJ 08906 |
| 519729079 | + | PSE&G c/o, Aargon Agency Inc., Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 519766819 | #+ | Passaic Imaging Associates, 45 Pine Street, Suite 8, Rockaway, NJ 07866-3149 |
| 519729071 | + | Planet Home Lending c/o, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| 519729072 | + | Planet Home Lending c/o, Knuckles Komosinski & Manfro LLP, 50 Tice Boulevard, Suite 183, Woodcliff Lake, NJ 07677-7681 |
| 519790207 | + | Planet Home Lending, LLC, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| 520528167 | + | Planet Home Lending, LLC, Knuckles & Manfro, LLP, 120 White Plains Road, Suite 215, Tarrytown, NY 10591-5542 |
| 519729080 | + | Samwell Institute for Pain Management, 1503 St. George Avenue, Ste 205, Colonia, NJ 07067-3427 |
| 519729081 | + | Samwell Institute for Pain Management, 315 E. Northfield Road, Suite 1C, Livingston, NJ 07039-4800 |
| 519729083 | + | Storage King USA, 1448 McCarter Highway, Newark, NJ 07104-3908 |
| 519729084 | + | Storage King USA c/o, Independent Recovery Resources, Attn: Bankruptcy, 24 Railroad Avenue, Patchogue, NY 11772-3518 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | Apr 08 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519766812 | + EDI: ATTWIREBK.COM | Apr 09 2026 00:44:00 | AT&T Mobility LLC, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 519729037 | + EDI: BANKAMER | Apr 09 2026 00:44:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519729036 | + EDI: BANKAMER | Apr 09 2026 00:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519729040 | + EDI: CAPITALONE.COM | Apr 09 2026 00:44:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519729041 | + EDI: CAPITALONE.COM | Apr 09 2026 00:44:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519729043 | + EDI: CITICORP | Apr 09 2026 00:44:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519729042 | + EDI: CITICORP | Apr 09 2026 00:44:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519729045 | + EDI: COMCASTCBLCENT | Apr 09 2026 00:44:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 519729044 | + EDI: COMCASTCBLCENT | Apr 09 2026 00:44:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
| 519729047 | + EDI: CCS.COM | Apr 09 2026 00:44:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519729048 | + EDI: CCS.COM | Apr 09 2026 00:44:00 | Credit Collection Services, Po Box 710, Norwood, MA 02062-0710 |
| 519729049 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2026 20:57:32 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519729050 | Email/Text: bankruptcycourts@equifax.com | Apr 08 2026 20:58:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519729051 | Email/Text: bankruptcycourts@equifax.com | Apr 08 2026 20:58:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 519729054 | + Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 08 2026 20:58:00 | EZ Pass, 375 McCarter Highway, Newark, NJ 07114-9801 |
| 519729055 | ^ MEBN | Apr 08 2026 20:54:23 | EZ Pass, Violations Processing Center, P.O. Box 52005, Newark, NJ 07101-8205 |
| 519729052 | ^ MEBN | Apr 08 2026 20:53:18 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519729053 | ^ MEBN | Apr 08 2026 20:52:54 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519729057 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2026 20:57:30 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519729058 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2026 20:57:30 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 519729060 | + EDI: AMINFOFP.COM | Apr 09 2026 00:44:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519729059 | + EDI: AMINFOFP.COM | Apr 09 2026 00:44:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519752447 | + Email/Text: signed.order@pfwattorneys.com | Apr 08 2026 20:58:00 | GENESIS LABORATORY MANAGEMENT, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 519729061 | + EDI: PHINGENESIS | Apr 09 2026 00:44:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

| 519729062 | + EDI: PHINGENESIS | Apr 09 2026 00:44:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
|---|---|---|---|
| 519729065 | EDI: IRS.COM | Apr 09 2026 00:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519766818 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 20:57:41 | LVNV Funding c/o Resurgent Capital, 55 Beattie Place, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 519729066 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 20:57:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519737229 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 08 2026 20:58:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519729070 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 08 2026 20:58:00 | New Jersey Turnpike Authority, 581 Main Street, PO Box 5042, Woodbridge, NJ 07095 |
| 519729076 | ^ MEBN | Apr 08 2026 20:53:48 | PSE&G, Attn: Bankruptcy Dept, PO Box 709, Newark, NJ 07101-0709 |
| 519729078 | ^ MEBN | Apr 08 2026 20:54:18 | PSE&G, 80 Park Plaza, Newark, NJ 07102-4194 |
| 519729074 | + Email/Text: BKMAIL@planethomelending.com | Apr 08 2026 20:58:00 | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 519729073 | + Email/Text: BKMAIL@planethomelending.com | Apr 08 2026 20:58:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 519729075 | + EDI: JEFFERSONCAP.COM | Apr 09 2026 00:44:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 519746865 | EDI: Q3G.COM | Apr 09 2026 00:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519729082 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 08 2026 20:58:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519729085 | ^ MEBN | Apr 08 2026 20:53:02 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519729086 | ^ MEBN | Apr 08 2026 20:53:10 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519784402 | + EDI: AIS.COM | Apr 09 2026 00:44:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519729087 | + EDI: VERIZONCOMB.COM | Apr 09 2026 00:44:00 | Verizon, 2000 Corporate Drive, Orangeburg, NY 10962-2624 |
| 519729088 | + EDI: VERIZONCOMB.COM | Apr 09 2026 00:44:00 | Verizon c/o, EOS CCA, Attn: Bankruptcy, 700 Longwater Drive, Norwell, MA 02061-1624 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Planet Home Lending, LLC, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| 521037045 | *+ | City of Orange - Water Department, City Hall 29 N. Day Street, Orange, NJ 07050-3608 |
| 519766820 | ## | University Physician Associates of NJ, PO Box 18181, Newark, NJ 07191-8181 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0312-2      User: admin      Page 4 of 4

Date Rcvd: Apr 08, 2026      Form ID: 3180W      Total Noticed: 76

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Ethlena Salter ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Karen B. Olson | on behalf of Creditor Planet Home Lending  LLC kbo@kkmllp.com |
| Kimberly A. Wilson | on behalf of Creditor Planet Home Lending  LLC kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Ethlena Salter yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Planet Home Lending  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michel Lee | on behalf of Creditor Planet Home Lending  LLC ml@km-llp.com, bcky@km-llp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8